1  ACLU FOUNDATION OF SAN DIEGO &
   IMPERIAL COUNTIES
2  DAVID LOY (229235)
   P. O. Box 87131
3  San Diego, CA 92138-7131
   Tel:   (619) 232-2121
4  Fax:   (619) 232-0036

5  MARY KATHRYN KELLEY (170259)
   BLAKE M. ZOLLAR (268913)
6  CRAIG TENBROECK (287848)
   PHILLIP HOOS (288019)
7  COOLEY LLP
   4401 Eastgate Mall
8  San Diego, CA  92121
   Tel:   (858) 550-6000
9  Fax:   (858) 550-6420

10 Attorneys for Plaintiff
   Southwest Key Programs, Inc.
11
   *Additional counsel on signature page*
12

13
14                UNITED STATES DISTRICT COURT
15                SOUTHERN DISTRICT OF CALIFORNIA
16

| 17 | SOUTHWEST KEY PROGRAMS, INC., | Case No. |
|----|-------------------------------|----------|
| 18 | Plaintiff, | **PLAINTIFF SOUTHWEST KEY PROGRAMS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| 19 | v. | |
| 20 | CITY OF ESCONDIDO, | |
| 21 | Defendant. | |

22
23
24
25
26
27
28

In accordance with Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, Plaintiff Southwest Key Programs, Inc. ("Southwest Key) hereby gives notice that:

(1) It has no parent corporation;

(2) No publicly held corporation owns 10% or more of its stock. Southwest Key will supplement this statement within a reasonable time if any of the above information changes.

Dated: May 18, 2015

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

/s/ *David Loy*

David Loy (229235)

COOLEY LLP
Mary Kathryn Kelley (170259)
(mkkelley@cooley.com)
Blake M. Zollar (268913)
(bzollar@cooley.com)
Craig TenBroeck (287848)
(ctenbroeck@cooley.com)
Phillip Hoos (288019)
(phoos@cooley.com)

COOLEY LLP
Michelle Rhyu (212922)
(rhyums@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Tel: (650) 843-5505
Fax: (650) 849-7400

BRANCART & BRANCART
Christopher Brancart (128475)
(cbrancart@brancart.com)
Liza Cristol-Deman (190516)
(lcristoldeman@brancart.com)
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

In accordance with Local Rule 40.2 and Federal Rule of Civil Procedure 7.1, Plaintiff Southwest Key Programs, Inc. ("Southwest Key) hereby gives notice that:

(1) It has no parent corporation;

(2) No publicly held corporation owns 10% or more of its stock. Southwest Key will supplement this statement within a reasonable time if any of the above information changes.

Dated: May 18, 2015

ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES

/s/ *David Loy*

David Loy (229235)

COOLEY LLP
Mary Kathryn Kelley (170259)
(mkkelley@cooley.com)
Blake M. Zollar (268913)
(bzollar@cooley.com)
Craig TenBroeck (287848)
(ctenbroeck@cooley.com)
Phillip Hoos (288019)
(phoos@cooley.com)

COOLEY LLP
Michelle Rhyu (212922)
(rhyums@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Tel: (650) 843-5505
Fax: (650) 849-7400

BRANCART & BRANCART
Christopher Brancart (128475)
(cbrancart@brancart.com)
Liza Cristol-Deman (190516)
(lcristoldeman@brancart.com)
P.O. Box 686
Pescadero, CA 94060
Tel: (650) 879-0141
Fax: (650) 879-1103

| | |
|---|---|
| 1 | |
| 2 | LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW |
| 3 | Joseph D. Rich (applied for admission *pro hac vice*) |
| 4 | (jrich@lawyerscommittee.org) Thomas Silverstein (applied for admission |
| 5 | *pro hac vice*) (tsilverstein@lawyerscommittee.org) |
| 6 | 1401 New York Avenue, NW, Suite 400 Washington, D.C. 20005 |
| 7 | Tel:  (202) 662-8600 Fax:  (202) 783-0857 |
| 8 | Attorneys for Plaintiff Southwest Key Programs |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.