# ADMINISTRATIVE RECORD

## REGARDING THE APPLICATION FOR CONDITIONAL USE PERMIT PROJECT NO. PHG 14-0017

## VOLUME 1 OF 8

SWK0006914

Exhibit 20
Page 420

| Tab | Date | Document | Page(s) |
|-----|------|----------|---------|
| 1 | 5/21/14 | Letter from Jallyn Sualog, Director, Department of Health and Human Services | AR-1 |
| 2 | 5/22/14 | Initial Study Form | AR-2 – AR-11 |
| 3 | 5/22/14 | Discretionary Permit – General Application Form | AR-12 – AR-17 |
| 4 | 5/22/14 | SUSMP Applicability Form | AR-18 – AR-21 |
| 5 | 6/02/14 | City's Intradepartmental Request for Comments | AR-22 – AR-33 |
| 6 | 6/05/14 | Notice of Exemption | AR-34 |
| 7 | 6/13/14 | Proof of Publication – Conditional Use Permit & Extension of Time | AR-35 |
| 8 | 6/24/14 | Planning Commission Confirmed Agenda and Item G.2 Documents | AR-36 – AR-85 |
| 9 | 6/24/14 | Planning Commission Staff Presentation – Item G.1 & G.2 | AR-86 – AR-97 |
| 10 | 6/24/14 | Planning Commission Meeting Minutes | AR-98 – AR-114 |
| 11 | 6/24/14 | Certified Transcript of Planning Commission | AR-115 – AR-263 |
| 12 | 6/24/14 | Audio Recording of Planning Commission Meeting | AR-264 |
| 13 | 7/22/14 | Planning Commission Confirmed Agenda and Item No. G.1 Documents | AR-265 – AR-279 |
| 14 | 7/22/14 | Planning Commission Resolution 6015 | AR-280 – AR-291 |
| 15 | 7/22/14 | Planning Commission Meeting Minutes | AR-292 – AR-306 |
| 16 | 7/22/14 | Certified Transcript of Planning Commission | AR-307 – AR-422 |
| 17 | 7/22/14 | Audio Recording of Planning Commission Meeting | AR-423 |
| 18 | 8/06/14 | Application to Appeal | AR-424 – AR-432 |
| 19 | 9/10/14 | City Council Agenda and Agenda Item No. 9 Documents | AR-433 – AR-607 |

-1-

Southwest Keys
Index to Administrative Record

| Tab | Date | Document | Page(s) |
|---|---|---|---|
| 20 | 9/10/14 | City Council Meeting Minutes | AR-608 – AR-612 |
| 21 | 9/10/14 | Audio Recording of City Council Meeting | AR-613 |
| 22 | 10/13/14 | Documents submitted to City Council by Appellant | AR-614 – AR-1243 |
| 23 | 10/15/14 | City Council Agenda and Agenda Item No. 8 Documents | AR-1244 – AR-1312 |
| 24 | 10/15/14 | City Council Staff Presentation | AR-1313 – AR-1323 |
| 25 | 10/15/14 | City Council Meeting Minutes | AR-1324 – AR-1333 |
| 26 | 10/15/14 | Audio Recording of City Council Meeting | AR-1334 |
| 27 | 10/15/14 | Certified Transcript of City Council Meeting | AR-1335 – AR1498 |
| 28 | 10/27/14 | Letter from David Loy, Legal Director, ACLU requesting Administrative Record | AR-1499 |
| 29 | 11/19/14 | City Council Agenda and Agenda Item No. 16 Documents | AR-1500 – AR-1530 |
| 30 | 11/19/14 | Resolution 2014-134 | AR-1531 – AR-1549 |
| 31 | 11/19/14 | City Council Meeting Minutes | AR-1550 – AR-1558 |
| 32 | 11/19/14 | Certified Transcript of City Council Meeting | AR-1559 – AR-1563 |
| 33 | 11/19/14 | Audio Recording of City Council Meeting | AR-1564 |
| 34 | 11/25/14 | Letter from Craig TenBroeck, Cooley LLC requesting Administrative Record | AR-1565 |
| 35 | Not Dated | Escondido Municipal Code, Chapter 33, Article 61, Division 1 – Conditional Use Permits | AR-1566 – AR-1570 |

| Tab | Date | Documents Submitted After the City Council October 15, 2014 Public Hearing | Page(s) |
|---|---|---|---|
| 36 | 11/19/14 | Letter from David Loy, Legal Director, ACLU attaching Traffic Impact Analysis Report | AR-1571 – AR-1749 |

-2-

SWK0006916

Exhibit 20
Page 422


TRANSPERFECT

City of New York, State of New York, County of New York

I, Anders Nelson, hereby certify that the document "2014-06-24__PC_Meeting_Audio"
is, to the best of my knowledge and belief, a true and accurate transcription from English
to English.

Anders Nelson
Project Manager

Sworn to before me this
April 6, 2015

Signature, Notary Public

NAYMA SIDDIQUA
Notary Public, State of New York
No. 01SI6293611
My Commission Expires 12/16/20 17

Stamp, Notary Public

AR-115

SWK0007042

Exhibit 20
Page 423

1                    2014-06-24__PC_Meeting_Audio

2

3                          Cooley LLP

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AR-116

SWK0007043

Exhibit 20
Page 424

1   individuals?

2   Alexia Rodriguez:  No, sir.  These children are required to go

3   to Immigration Court.  When they are apprehended at the border,

4   their immigration case starts, and we are required to take them

5   to local Immigration Court.  And when they get reunified with

6   their parents, they're given a Notice to Appear in Immigration

7   Court in the area where they will be reunified.

8   Commissioner Gregory Johns:  Okay.  Thank you very much.

9   Chairman Jeff Weber:   Mr. Winton, did you have a question?

10  Commissioner Guy Winton:  Yeah, thank you.  I have a couple.

11  How many of these children are orphans or otherwise have no

12  family ties?

13  Alexia Rodriguez:  I don't have that figure with me this

14  evening, but anecdotally I can say a very small percentage.

15  Most of our children are going to their parents or a family

16  member in the United States.

17  Commissioner Guy Winton:  Okay.  I know you explained that, they

18  enjoy all the things that they're receiving that they didn't

19  receive in their prior life, but are these kids free to leave

20  otherwise?

21  Alexia Rodriguez:  No, sir.  They're always with a staff member.

22   We're required by law to maintain a certain ratio of staff to

23  child, and that's required by state law as well as by our

24  federal contract with the U.S. government.

25  Commissioner Guy Winton:  So they're, in essence, detained,

AR-148

SWK0007075

Exhibit 20
Page 425

1 correctly?  Is that correct?

2 Alexia Rodriguez:  If you want to use that definition, sir,

3 that's true.

4 Commissioner Guy Winton:  Well, do you have a different word to

5 use?

6 Alexia Rodriguez:  Well, other residential shelters are also

7 required to maintain that child to staff ratio even though they

8 don't partner with the federal government.  That's how we run

9 children's programs, children's residential programs under state

10 childcare licensing.

11 Commissioner Guy Winton:  And we also have received here and

12 reviewed other state regulated childcare type facilities.  Those

13 facilities always required a, there's a formula for required

14 outdoor play area for those kids.  How is it that you have a

15 state license to do this without any outdoor play areas?

16 Alexia Rodriguez:  We've run a similar program in Pleasant Hill,

17 California in Northern California under very similar

18 circumstances.  So as long as we can provide an alternative if

19 it's not onsite, to the child for recreational purposes, the

20 state allows us to operate under the license.

21 Commissioner Guy Winton:  Okay.  Thank you.

22 Chairman Jeff Weber:   Mr. Hale, did you have any further

23 questions?

24 Commissioner Ed Hale:  I'd like to go back to the question about

25 whether they're free to leave or not.  If they're not free to

AR-149

SWK0007076

Exhibit 20
Page 426