MICHAEL R. MCGUINNESS, City Attorney/SBN 132646
MARK P. BOOKHOLDER, Dep. City Atty./SBN 289218
OFFICE OF THE CITY ATTORNEY
201 N. Broadway
Escondido, California 92025
(760) 839-4608 Tel.
mmcguinness@ci.escondido.ca.us
mbookholder@ci.escondido.ca.us

John A. Ramirez (State Bar No. 184151)
iramirez@rutan.com
Robert S. Bower (State Bar No. 70234)
rbower@rutan.com
Alan B. Fenstermacher (State Bar No. 278171)
afenstermacher@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant City of Escondido

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOUTHWEST KEY PROGRAMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF ESCONDIDO, <br><br> Defendant. | CASE NO.: '15-CV-1115-H (BLM) <br><br> JOINT MOTION TO DISMISS |

Pursuant to a settlement agreement, the parties, through their respective attorneys, hereby move the Court to dismiss this entire action with prejudice, including the First Amended Complaint (Document No. 29) and all causes of action and claims for relief contained therein, against Defendant, and for all parties to bear their own costs and attorneys fees.

Dated: July 13, 2017         ACLU FOUNDATION OF SAN DIEGO
                             & IMPERIAL COUNTIES

                             By:   /s/ David Loy
                                   David Loy, Esq.
                                   Attorney for Plaintiff

| | | |
|---|---|---|
| Dated: | July 13, 2017 | OFFICE OF THE CITY ATTORNEY |
| | | By: /s/ Michael R. McGuinness |
| | | MICHAEL R. MCGUINNESS |
| | | City Attorney |
| | | Attorney for Defendant |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all above-referenced counsel and that I have obtained authorization from opposing counsel to affix his signature to this document.

| | | |
|---|---|---|
| Dated: | July 13, 2017 | OFFICE OF THE CITY ATTORNEY |
| | | By: /s/ Michael R. McGuinness |
| | | MICHAEL R. MCGUINNESS |
| | | City Attorney |
| | | Attorney for Defendant |